Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Noah A. Levine (NY Bar No. 670859)
  (*pro hac vice* pending)
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendant*
*TD Bank*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, YOSEPH ABDELSALAM, MEAGAN HICKS, HARLEY SEEGERT, BRITTANY COVELL, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., NAVY FEDERAL CREDIT UNION, TD BANK, CARDTRONICS, INC., ALLPOINT, INC., FCTI, INC., CASH DEPOT, INC., and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 19-cv-00264-JM-MSB<br><br>**DEFENDANT TD BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Judge: Hon. Jeffrey T. Miller<br>Courtroom: 5D<br>Date: June 3, 2019<br>Time: 10:00 a.m. |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that on June 3, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Hon. Jeffrey T. Miller (Courtroom 5D, Suite 5190, 221 West Broadway, San Diego, CA 92101), Defendant TD Bank will and hereby does move the Court to dismiss Plaintiff Yoseph Abdelsalam's claims against TD Bank, N.A. pursuant to Fed. R. Civ. P. Rules 12(b)(2) and 12(b)(6).

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum in support thereof, and such other authorities and arguments as may be submitted in any reply or at any hearing.

Dated:  April 18, 2019                            Respectfully submitted,

                                                  */s/ Christopher T. Casamassima*
                                                  Christopher T. Casamassima
                                                  Noah A. Levine (*pro hac vice* pending)

                                                  WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP

                                                  *Attorneys for Defendant TD Bank*

- 1 -

19cv0264