**CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
Brittany C. Casola (CA 3016561)
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

**KALIEL PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
Sophia Gold (CA Bar No. 307971)
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

*Attorneys for Plaintiff
and Proposed Class Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, YOSEPH ABDELSALAM, MEAGAN HICKS, HARLEY SEEGERT, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., NAVY FEDERAL CREDIT UNION, TD BANK, CARDTRONICS, INC., ALLPOINT, INC., FCTI, INC., CASH DEPOT, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00264-JM-MSB<br>Assigned to the Hon. Jeffrey T. Miller<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF NAVY FEDERAL CREDIT UNION UNDER FED. R. CIV. P. 41(a)** |

---

PLEASE TAKE NOTICE that Plaintiffs Kristen Schertzer, Yoseph Abdelsalam, Meagan Hicks, Harley Seegert, and Brittany Covell, on behalf of themselves and others similarly situated, hereby voluntarily dismiss all claims against Defendant Navy Federal Credit Union without prejudice, and without costs or fees to any party. Dismissal is appropriate under Fed. R. Civ. P. 41(a)(1)(A)(i) because Defendant Navy Federal Credit Union has neither answered the Complaint nor filed a Motion for Summary Judgment.

DATED: May 8, 2019

/s/ Todd D. Carpenter
    Todd D. Carpenter

**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
Brittany C. Casola (CA 3016561)
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

**KALIEL PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
Sophia Gold (CA Bar No. 307971)
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

*Attorneys for Plaintiff*
*and Proposed Class Counsel*

1
NOTICE OF VOLUNTARY DISMISSAL OF NAVY FEDERAL CREDIT UNION