UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, et al., on behalf of themselves and all others similarly situated<br><br>                                         Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A, et al.,<br><br>                                         Defendants. | Case No.:  19cv264 JM(MSB)<br><br>**ORDER ON PENDING MOTION TO DISMISS AND NOTICE OF VOLUNTARY DISMISSAL** |

In light of Plaintiffs' Notice of Voluntary Dismissal, the Court hereby **DENIES** as **MOOT** the pending Motion to Dismiss (Doc. No. 42*)*.  Furthermore, in accordance with the Notice of Voluntary Dismissal, (Doc. No. 49), Defendant TD Bank is **DISMISSED WITHOUT PREJUDICE** from this action.

IT IS SO ORDERED.

Dated:  May 16, 2019

_____
Hon. Jeffrey T. Miller
United States District Judge

1

19cv264 JM(MSB)