COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

COOLEY LLP
DOUGLAS P. LOBEL (*pro hac vice*)
(dlobel@cooley.com)
DAVID A. VOGEL (*pro hac vice*)
(dvogel@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5656
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100

Attorneys for Defendants
CARDTRONICS, INC. and ATM NATIONAL, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., ATM NATIONAL, LLC, FCTI, INC., CASH DEPOT LTD, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  3:19-cv-00264-JM-MSB<br><br>**DEFENDANT CARDTRONICS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:   July 22, 2019<br>Time:   10:00 a.m.<br>Courtroom:  5D, 5th Floor<br>Judge:   Hon. Jeffrey T. Miller |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**CARDTRONICS' NOTICE OF MOTION
AND MOTION TO DISMISS SAC
CASE NO. 3:19-CV-00264-JM-MSB**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 10:00 a.m. on July 22, 2019, or as soon thereafter as this motion may be heard, Defendant Cardtronics, Inc. will and hereby does move the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' Second Amended Complaint ("SAC") (ECF No. 56) for failure to state a claim upon which relief can be granted. Defendant's Motion is based on the following: (1) the SAC fails to state a valid claim under California's Unfair Competition Law, Cal. Bus. Code § 17200 *et seq.*, against Cardtronics; (2) the SAC fails to state a valid claim of conversion against Cardtronics; and (3) the SAC fail to state a valid claim of negligence against Cardtronics.

This motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and documents on file in this case, and on such further written and oral argument as may be presented at or before the time the Court takes this motion under submission.

DATED:  June 14, 2019                COOLEY LLP

                                     By: /s/ Leo P. Norton
                                     Leo P. Norton

                                     Attorneys for Defendants CARDTRONICS, INC.
                                     and ATM NATIONAL, LLC
                                     Email: lnorton@cooley.com

205826531

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**CARDTRONICS' NOTICE OF MOTION
AND MOTION TO DISMISS SAC
CASE NO. 3:19-CV-00264-JM-MSB**