COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

COOLEY LLP
DOUGLAS P. LOBEL (*pro hac vice*)
(dlobel@cooley.com)
DAVID A. VOGEL (*pro hac vice*)
(dvogel@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5656
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100

Attorneys for Defendants
CARDTRONICS, INC. and ATM NATIONAL, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., ATM NATIONAL, LLC, FCTI, INC., CASH DEPOT LTD, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  3:19-cv-00264-JM-MSB<br><br>**DEFENDANT ATM NATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) AND ALTERNATIVE JOINDER IN CARDTRONICS, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Date:        July 22, 2019<br>Time:        10:00 a.m.<br>Courtroom: 5D, 5th Floor<br>Judge:       Hon. Jeffrey T. Miller |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 10:00 a.m. on July 22, 2019, or as soon thereafter as this motion may be heard, Defendant ATM National, LLC, doing business as Allpoint  ("Allpoint") will and hereby does move the Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for an order dismissing Plaintiffs' Second Amended Complaint ("SAC") (ECF No. 56) for lack of personal jurisdiction or, in the alternative, under Rule 12(b)(6) for failure to state a claim upon which relief can be granted for the reasons stated in the concurrently filed motion to dismiss by Cardtronics, Inc. (ECF No. 59), with which Allpoint fully joins.  Allpoint's Motion is based on the following: (1) the Court lacks general jurisdiction over Allpoint; (2) the Court lacks personal jurisdiction over Allpoint; (3) Plaintiffs have not alleged a basis to pierce the corporate veil between Cardtronics, Inc., and Allpoint; and (4) Plaintiffs have failed to state a claim against Allpoint for the reasons stated in the concurrently filed motion to dismiss by Cardtronics.

This motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the accompanying declaration of Brad Nolan, all pleadings and documents on file in this case, and on such further written and oral argument as may be presented at or before the time the Court takes this motion under submission.

DATED:  June 14, 2019              COOLEY LLP

                                   By: /s/ Leo P. Norton
                                   Leo P. Norton

                                   Attorneys for Defendants CARDTRONICS, INC.
                                   and ATM NATIONAL, LLC
                                   Email: lnorton@cooley.com

205831353

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

ATM NAT'L'S NOTICE OF MOTION &
MOTION TO DISMISS SAC
CASE NO. 3:19-CV-00264-JM-MSB