BENJAMIN T. MORTON (SBN: 199158)
bmorton@grsm.com
SHELBY A. POTEET (SBN: 297621)
spoteet@grsm.com
KRISTEN S. McLEOD (SBN: 323250)
kmcleod@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7755
Facsimile: (619) 696-7124

Attorneys for Defendant
FCTI, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., ATM NATIONAL, LLC, FCTI, INC., CASH DEPOT, INC., and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:19-cv-00264-JM-MSB<br>Class Action<br><br>**FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Hearing Date: July 22, 2019<br>Hearing Time: 10:00 a.m.<br>District Judge: Hon. Jeffrey T. Miller<br>Courtroom: 5D<br><br>Action Filed: February 5, 2019<br>FAC Filed: March 1, 2019<br>SAC Filed: May 31, 2019 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **July 22, 2019 at 10:00 a.m.** or as soon thereafter as counsel may be heard, in Courtroom 5B, 221 West Broadway, San Diego, CA 92101, defendant FCTI, Inc. ("FCTI") will move this Court to dismiss the complaint filed by plaintiffs Kristen Schertzer, Megan Hicks, and Brittany Covell as to FCTI.

This motion is brought, in part, pursuant to Rule 12(b)(6) on the grounds that Plaintiffs have failed to state a claim upon which relief can be granted. This

-1-

Gordon Rees Scully Mansukhani
101 W. Broadway Suite 2000
San Diego, CA 92101

motion is also brought, in part, pursuant to Rule 12(b)(1) for lack of subject-matter jurisdiction.

This motion is based upon this notice, the attached memorandum of points and authorities, and upon all papers and documents on file herein, the Court's files concerning this action, together with those facts and documents of which the parties request judicial notice and/or matters which judicial notice is proper, as well as any oral argument that may be presented at the time of hearing.

Dated:  June 14, 2019                    GORDON REES SCULLY MANSUKHANI


By:   */s/ Kristen S. McLeod*
      Benjamin T. Morton
      Shelby A. Poteet
      Kristen S. McLeod
      Attorneys for Defendant FCTI, INC.

Gordon Rees Scully Mansukhani
101 W. Broadway Suite 2000
San Diego, CA 92101

-2-
FCTI, INC'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 3:19-cv-00264-JM-MSB

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

## <u>CERTIFICATE OF SERVICE</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani

101 W. Broadway, Suite 2000, San Diego, CA  92101, my electronic mail address is sdaubert@grsm.com.  On June 14, 2019, I served the foregoing document entitled:

**DEFENDANT FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

as follows:

☐  **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below pursuant to FRCP 5(b)(C).

☐  **BY PERSONAL SERVICE BY CAUSE.**  I caused to be personally delivered the document(s) listed above to the person(s) set forth below pursuant to FRCP 5(b)(2)(B).

☒  **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

| Attorneys for Plaintiffs and Proposed Class Counsel | Attorneys for Plaintiffs and Proposed Class Counsel |
|---|---|
| Todd D. Carpenter<br>Brittany C. Casola<br>CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP<br>1350 Columbia Street, Ste 603<br>San Diego, CA  92101<br>Tel:  (619) 762-1900<br>Fax:  (619) 756-6991<br>tcarpenter@carlsonlynch.com | Jeffrey D. Kaliel<br>Sophia Gold<br>KALIEL PLLC<br>1875 Connecticut Avenue, NW, 10th Floor<br>Washington, D.C. 20009<br>Tel:  (202) 350-4783<br>jkaliel@kalielpllc.com<br>sgold@kalielpllc.com |

**Attorneys for Defendant BANK OF AMERICA, N.A.**

Amanda L. Groves
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
agroves@winston.com

**Attorneys for Defendant BANK OF AMERICA, N.A.**

Shawn R. Obi
WINSTON & STAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1819
Fax: (213) 615-1750
sobi@winston.com

**Attorneys for Defendants CARDTRONICS, INC. and ATM NATIONAL, LLC**

Douglas P. Lobel (pro hac vice)
David A. Vogel (pro hac vice)
COOLEY LLP
11951 Freedom Drive
Reston, VA 20190-5656
Tel: 703-456-8000
Fax: 703-456-8100
dlobel@cooley.com
dvogel@cooley.com

**Attorneys for Defendants CARDTRONICS, INC. and ATM NATIONAL, LLC**

Michelle C. Doolin
Leo P. Norton
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-9109
Tel: 858-550-6083
Fax: 858-550-6420
mdoolin@cooley.com
lnorton@cooley.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 14, 2019 at San Diego, California.

_____
Sharon Daubert

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

6002597/45559230v.1

-4-
FCTI, INC'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 3:19-cv-00264-JM-MSB