Amanda L. Groves (SBN: 187216)
agroves@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA  94111-5802
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Shawn R. Obi (SBN: 288088)
sobi@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

Attorneys for Defendant
Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, and BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. NAVY FEDERAL CREDIT UNION, TD BANK, CARDTRONICS, INC., ALLPOINT, INC., FCTI, INC., CASH DEPOT, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  3:19-cv-00264-JM-MSB<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Hearing Date:  July 22, 2019<br>Hearing Time:  10:00 am<br>Courtroom:  5D, 5th Floor<br>Judge:  Hon.  Jeffrey T. Miller<br><br>Action Filed:  February 5, 2019 |

**DEFENDANT BANK OF AMERICA N.A., CORPORATION'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

CASE NO. 3:19-CV-00264-JM-MSB

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on July 22, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, at Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Defendant Bank of America, N.A. will and hereby does move the Court to dismiss Plaintiffs Kristen Schertzer, Meagan Hicks, and Brittany Covell's Second Amended Complaint (Dkt. 56) with prejudice pursuant to Rules 12(b)(1), (2), and 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and Proposed Order filed herewith, the record in this action, and any evidence and argument that may be presented at or before the hearing.

Dated:  June 14, 2019                             Respectfully submitted,

                                                 WINSTON & STRAWN LLP


By:  */s/ Amanda L. Groves*
     Amanda L. Groves (SBN: 187216)
     agroves@winston.com
     WINSTON & STRAWN LLP
     101 California Street, 35th Floor
     San Francisco, CA 94111-5802

     Shawn R. Obi (SBN: 288088)
     sobi@winston.com
     WINSTON & STRAWN LLP
     333 South Grand Avenue, 38th Floor
     Los Angeles, CA 90071-1543

     Attorneys for Defendant
     BANK OF AMERICA N.A.

**DEFENDANT BANK OF AMERICA, N.A. CORPORATION'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

                                                 CASE NO. 3:19-CV-00264