Eileen Ahern (Bar No. 216822)
eahern@willenken.com
Paul J. Loh (Bar No. 160541)
ploh@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant
CASH DEPOT, LTD.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A, CARDTRONICS, INC., ATM NATIONAL, LLC, FCTI, INC., CASH DEPOT LTD, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00264-JM-MSB<br><br>**DEFENDANT CASH DEPOT, LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date:       July 29, 2019<br>Time:      10:00 a.m.<br>Ctrm:     Courtroom 5D<br><br>Assigned to Hon. Jeffrey T. Miller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 29, 2019, at 10:00 a.m. in Courtroom 5D of the United States District Court for the Southern District of California, located Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, defendant Cash Depot, Ltd. ("Cash Depot") will, and hereby does, move this Court to dismiss the Second Amended Complaint against Cash Depot pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Cash Depot brings this Motion pursuant to Federal Rule of Civil Procedure 12(b)(1) on the grounds that plaintiff Meagan Hicks ("Plaintiff") (the only named plaintiff with claims against Cash Depot) lacks Article III standing to assert a claim for injunctive relief for any alleged violation of California's Unfair Competition Law, Business & Professions Code section 17200, *et seq.* (the "UCL"), False Advertising Law, Business & Professions Code section 17500, *et seq.* (the "FAL"), and Consumers Legal Remedies Act, Civil Code section 1750 *et seq.* ("the CLRA"), where Plaintiff does not allege any real and immediate threat of repeated injury by Cash Depot.

In addition, Cash Depot moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for dismissal of Plaintiff's claims for violation of the UCL and FAL to the extent they are premised on a claim for restitution, where Ms. Plaintiff alleges only a claim for non-restitutionary disgorgement of profits—a remedy that is unavailable under these statutes.

Plaintiff's common law claims for conversion and negligence likewise must be dismissed pursuant to Rule 12(b)(6), where Plaintiff fails to allege essential elements of the claim for conversion, and where Plaintiff's negligence claim is barred by California's economic loss rule.

This Motion is based on this Notice of Motion and Motion to Dismiss; the Memorandum of Points and Authorities in Support thereof filed concurrently; all pleadings and papers on file in this action; such matters of which this Court may

take judicial notice; and any additional oral or documentary evidence that may be presented to the Court before or at the hearing on this Motion.

Respectfully submitted,

Dated:  June 27, 2019              WILLENKEN LLP


By: _s/ Eileen Ahern_____
    Eileen Ahern
    Attorneys for Defendant
    CASH DEPOT, LTD.