| | |
|---|---|
| 1 | Amanda L. Groves (SBN: 187216) |
|   | agroves@winston.com |
| 2 | **WINSTON & STRAWN LLP** |
|   | 101 California Street, 35th Floor |
| 3 | San Francisco, CA  94111-5802 |
|   | Telephone:  (415) 591-1000 |
| 4 | Facsimile:   (415) 591-1400 |
| 5 | Shawn R. Obi (SBN: 288088) |
|   | sobi@winston.com |
| 6 | **WINSTON & STRAWN LLP** |
|   | 333 South Grand Avenue, 38th Floor |
| 7 | Los Angeles, CA 90071-1543 |
|   | Telephone:  (213) 615-1700 |
| 8 | Facsimile:   (213) 615-1750 |
| 9 | Attorneys for Defendant |
|   | Bank of America, N.A. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated, | Case No.  3:19-cv-00264-JM-MSB |
| Plaintiffs, | **DEFENDANT BANK OF AMERICA, N.A.'S AMENDED NOTICE OF PARTY WITH FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT** |
| v. | Pursuant to Local Rule 40.2 and Federal Rule of Civil Procedure 7.1 |
| BANK OF AMERICA, N.A. NAVY FEDERAL CREDIT UNION, TD BANK, CARDTRONICS, INC., ALLPOINT, INC., FCTI, INC., CASH DEPOT, INC., and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendant Bank of America, N.A. withdraws its previous Notice of Party with Financial Interest in this case and submits this Amended Notice of Party with Financial Interest and Corporate Disclosure Statement. Bank of America, N.A. discloses that:

Bank of America, N.A. is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company. BAC North America Holding Company is owned 100% owned by NB Holdings Corp., which in turn is 100% owned by Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated:  July 31, 2019

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Amanda L. Groves*
Amanda L. Groves (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802

Shawn R. Obi (SBN: 288088)
sobi@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543

Attorneys for Defendant
Bank of America N.A.