JEFFREY D. CAWDREY (SBN: 120488)
jcawdrey@grsm.com
KRISTEN S. MCLEOD (SBN: 323250)
kmcleod@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone:  (619) 230-7469
Facsimile:  (619) 696-7124

Attorneys for Defendant
FCTI, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., ATM NATIONAL, LLC, FCTI, INC., CASH DEPOT, INC., and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.  3:19-cv-00264-JM-MSB<br>Class Action<br><br>**FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Date: May 11, 2020<br>District Judge: Jeffrey T. Miller<br><br><br><br>Action Filed: February 5, 2019<br>FAC Filed: March 1, 2019<br>SAC Filed: May 31, 2019<br>TAC Filed: March 25, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

RECORD:

-1-
FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS'
THIRD AMENDED COMPLAINT
Case No. 3:19-cv-00264-JM-MSB

*(left margin, vertical text)* Gordon Rees Scully Mansukhani
101 W. Broadway Suite 2000
San Diego, CA 92101

PLEASE TAKE NOTICE that on May 11, 2020 at 10:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 5B, 221 West Broadway, San Diego, CA 92101, defendant FCTI, Inc. ("FCTI") will move this Court to dismiss the Third Amended Complaint filed by Kristen Schertzer, Meagan Hicks, and Brittney Covell, as to FCTI.

This motion is brought, in part, pursuant to Fed. R. Civ. Pro. 12(b)(6) on the grounds that Plaintiffs have failed to state a claim upon which relief can be granted. This motion is also brought, in part, pursuant to Fed. R. Civ. Pro. 12(b)(1) for lack of subject-matter jurisdiction.

This motion is based upon this notice, the attached memorandum of points and authorities, and upon all papers and documents on file herein, the Court's files concerning this action, together with those facts and documents of which the parties request judicial notice and/or matters which judicial notice is proper, as well as any oral argument that may be presented at the time of hearing.

Dated:  April 8, 2020

GORDON REES SCULLY MANSUKHANI

By:   */s/ Jeffrey D. Cawdrey*
Jeffrey D. Cawdrey
Kristen S. McLeod
Attorneys for Defendant FCTI, INC.

FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT
Case No. 3:19-cv-00264-JM-MSB

Gordon Rees Scully Mansukhani
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani, 101 W. Broadway, Suite 2000, San Diego, CA  92101, my electronic mail address is sdaubert@grsm.com.  On April 8, 2020, I served the foregoing document entitled:

**FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

as follows:

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below pursuant to FRCP 5(b)(C).

☐ **BY PERSONAL SERVICE BY CAUSE.**  I caused to be personally delivered the document(s) listed above to the person(s) set forth below pursuant to FRCP 5(b)(2)(B).

☒ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

| **Attorneys for Plaintiffs and Proposed Class Counsel** | **Attorneys for Plaintiffs and Proposed Class Counsel** |
|---|---|
| Todd D. Carpenter<br>(Eddie) Jae K. Kim<br>CARLSON LYNCH LLP<br>1350 Columbia Street, Ste 603<br>San Diego, CA  92101<br>Tel:  (619) 762-1900<br>Fax:  (619) 756-6991<br>tcarpenter@carlsonlynch.com<br>ekim@carlsonlynch.com | Jeffrey D. Kaliel<br>Sophia Gold<br>KALIEL PLLC<br>1875 Connecticut Avenue, NW, 10th Floor<br>Washington, D.C. 20009<br>Tel:  (202) 350-4783<br>jkaliel@kalielpllc.com<br>sgold@kalielpllc.com |

FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT
Case No. 3:19-cv-00264-JM-MSB

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

**Attorneys for Defendant BANK OF AMERICA, N.A.**

Amanda L. Groves
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5840
Tel:  (415) 591-1000
Fax:  (415) 591-1400
agroves@winston.com

**Attorneys for Defendants CARDTRONICS, INC. and ATM NATIONAL, LLC**

Douglas P. Lobel (pro hac vice)
David A. Vogel (pro hac vice)
COOLEY LLP
11951 Freedom Drive
Reston, VA  20190-5656
Tel: 703-456-8000
Fax: 703-456-8100
dlobel@cooley.com
dvogel@cooley.com

**Attorneys for Defendant CASH DEPOT, LTD.**

Eileen Ahern
Paul J. Loh
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA  90017
Tel: 213-955-9240
Fax: 213-955-9250
eahern@willenken.com
ploh@willenken.com

**Attorneys for Defendant BANK OF AMERICA, N.A.**

Shawn R. Obi
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Tel:  (213) 615-1819
Fax:  (213) 615-1750
sobi@winston.com

**Attorneys for Defendants CARDTRONICS, INC. and ATM NATIONAL, LLC**

Michelle C. Doolin
Leo P. Norton
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121-9109
Tel: 858-550-6000
Tel: 858-550-6083
Fax: 858-550-6420
mdoolin@cooley.com
lnorton@cooley.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 8, 2020 at San Diego, California.

_____
Sharon Daubert

1190708/50981076v.1

FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT
Case No. 3:19-cv-00264-JM-MSB