Eileen Ahern (Bar No. 216822)
eahern@willenken.com
Paul J. Loh (Bar No. 160541)
ploh@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant
CASH DEPOT, LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A, CARDTRONICS, INC., ATM NATIONAL, LLC, FCTI, INC., CASH DEPOT LTD, and DOES 1-50, inclusive,<br><br>                Defendants. | Case No.: 3:19-cv-00264-JM-MSB<br><br>**DEFENDANT CASH DEPOT, LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>**NO ORAL ARUMENT UNLESS NOTICED BY THE COURT**<br><br>Date:        May 11, 2020<br><br>Assigned to Hon. Jeffrey T. Miller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 11, 2020, at the United States District Court for the Southern District of California, located Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, defendant Cash Depot, Ltd. ("Cash Depot") will, and hereby does, move this Court to dismiss the Third Amended Complaint against Cash Depot pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). A hearing shall not be held on this motion unless this Court notifies the parties of its intent to hold a hearing.

Cash Depot brings this Motion pursuant to Federal Rule of Civil Procedure 12(b)(1) on the grounds that plaintiff Meagan Hicks ("Plaintiff") (the only named plaintiff with claims against Cash Depot) lacks Article III standing to assert a claim for injunctive relief for any alleged violation of California's Unfair Competition Law, Business & Professions Code section 17200, *et seq*. (the "UCL"), where Plaintiff does not allege any real and immediate threat of repeated injury by Cash Depot.

In addition, Cash Depot moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for dismissal of Plaintiff's claim for violation of the UCL to the extent it is premised on a claim for restitution, where Ms. Plaintiff alleges only a claim for non-restitutionary disgorgement of profits—a remedy that is unavailable under the UCL.

Plaintiff's claim for violation of the UCL must be dismissed in its entirety pursuant to Rule 12(b)(6), for the additional and independent reason that Plaintiff fails to allege an essential element of the claim, where she fails to adequately allege that Cash Depot caused the injury about which she complains.

This Motion is based on this Notice of Motion and Motion to Dismiss; the Memorandum of Points and Authorities in Support thereof filed concurrently; all pleadings and papers on file in this action; such matters of which this Court may

take judicial notice; and any additional oral or documentary evidence that may be presented to the Court before or at the hearing on this Motion.

Respectfully submitted,

Dated:  April 8, 2020                    WILLENKEN LLP


By:  _s/ Eileen Ahern_____
         Eileen Ahern
         Attorneys for Defendant
         CASH DEPOT, LTD.

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Respectfully submitted,

Dated:  April 8, 2020                    WILLENKEN LLP


By:  _/s/ Eileen Ahern_____
         Eileen Ahern
         Attorneys for Defendant
         CASH DEPOT, LTD.