COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

COOLEY LLP
DOUGLAS P. LOBEL *(pro hac vice)*
(dlobel@cooley.com)
DAVID A. VOGEL *(pro hac vice)*
(dvogel@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5656
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100

Attorneys for Defendant
CARDTRONICS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  3:19-cv-00264-JM-MSB<br><br>**DEFENDANT CARDTRONICS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**NO ORAL ARGUMENT UNLESS NOTICED BY THE COURT**<br><br>Date:        May 11, 2020<br>Judge:      Hon. Jeffrey T. Miller |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 11, 2020, or as soon thereafter as the matter may be heard (no oral argument unless noticed by the Court), before the Honorable Jeffrey T. Miller, United States District Judge, Southern District of California, Defendant Cardtronics, Inc. ("Cardtronics") will and hereby does move the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' Third Amended Complaint ("3d Am. Compl.") filed on March 25, 2020 (ECF No. 96) for failure to state a claim against Cardtronics upon which relief can be granted.  Cardtronics' motion is based on the following: (1) the 3d Am. Compl. fails to state a valid claim under California's Unfair Competition Law, Cal. Bus. Code § 17200 *et seq.*, against Cardtronics; (2) the 3d Am. Compl. fails to state a valid claim of unjust enrichment against Cardtronics; and (3) Plaintiff Schertzer has not alleged sufficient facts to seek restitution or an injunction against Cardtronics.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and documents on file in this case, and on such further written and oral argument as may be presented at or before the time the Court takes this motion under submission.

DATED:  April 8, 2020 COOLEY LLP

By:/s/ Leo P. Norton
Leo P. Norton

Attorneys for Defendant CARDTRONICS, INC.
Email: lnorton@cooley.com

223483881

**CARDTRONICS' NOTICE OF MOTION
AND MOTION TO DISMISS 3AC
CASE NO. 3:19-CV-00264-JM-MSB**