Amanda L. Groves (SBN: 187216)
agroves@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA  94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Shawn R. Obi (SBN: 288088)
sobi@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendant
BANK OF AMERICA N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., ALLPOINT, INC., FCTI, INC., CASH DEPOT, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  3:19-cv-00264-JM-MSB<br><br>**DEFENDANT BANK OF AMERICA N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>*[NO ORAL ARGUMENT UNLESS NOTICED BY COURT]*<br><br>Hearing Date:  May 11, 2020<br><br>Action Filed: February 5, 2019 |

**DEFENDANT BANK OF AMERICA N.A.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**
CASE NO. 3:19-CV-00264-JM-MSB

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on May 11, 2020, or as soon thereafter as the matter may be heard,[1] in the above-entitled court, located at 221 West Broadway, San Diego, CA 92101, Defendant Bank of America, N.A. will and hereby does move the Court to dismiss Plaintiffs Kristen Schertzer, Meagan Hicks and Brittany Covell's (collectively, "Plaintiffs") Third Amended Complaint (Dkt. 96) with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  This Motion is made on the grounds that Plaintiffs cannot state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and Proposed Order filed herewith, the record in this action, and any evidence and argument that may be presented at or before the hearing.

Dated:  April 8, 2020

Respectfully submitted,

WINSTON & STRAWN LLP


By: */s/ Amanda L. Groves*
Amanda L. Groves (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802

Shawn R. Obi (SBN: 288088)
sobi@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543

Attorneys for Defendant
BANK OF AMERICA N.A.

---

[1] No oral argument unless noticed by the Court.

1

**DEFENDANT BANK OF AMERICA N.A.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**
CASE NO. 3:19-CV-00264-JM-MSB