Eileen M. Ahern (Bar No. 216822)
eahern@willenken.com
Paul J. Loh (Bar No. 160541)
ploh@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant
CASH DEPOT, LTD.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated, | Case No.: 3:19-cv-00264-JM-MSB |
| Plaintiffs, | **DEFENDANT CASH DEPOT, LTD.'S NOTICE OF SETTLEMENT** |
| v. | |
| BANK OF AMERICA, N.A, CARDTRONICS, INC., ATM NATIONAL, LLC, FCTI, INC., CASH DEPOT LTD, and DOES 1-50, inclusive, | Assigned to Hon. Jeffrey T. Miller |
| Defendants. | |

192779.1

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, plaintiff Meagan Hicks and defendant Cash Depot, Ltd. (collectively the "Parties") have reached a settlement in this matter. The Parties are in the process of executing a long-form agreement and complying with their respective obligations thereunder. The Parties are working together diligently to complete the process, pursuant to which Ms. Hicks will dismiss her claims against Cash Depot, Ltd., with prejudice.

Respectfully submitted,

Dated:  June 10, 2021                WILLENKEN LLP

By: /s/ Eileen M. Ahern
    Eileen M. Ahern
    Attorneys for Defendant
    CASH DEPOT, LTD.

192779.1