**CARLSON LYNCH, LLP**
Todd D. Carpenter (CA Bar No. 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@carlsonlynch.com,
Scott G. Braden (CA Bar No. 305051)
sbraden@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:   (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00264-JM-MSB<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Magistrate:  Hon. Michael S. Berg |

**PLEASE TAKE NOTICE** that the claims of Plaintiff Meagan Hicks against Defendant Cash Depot, Ltd., within the above-captioned action, are voluntarily dismissed **WITH** prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their own fees and costs.

This Joint Motion for Voluntary Dismissal does not affect the claims with respect to the other parties in this action, including Plaintiffs Kristen Schertzer and Brittany

1

Covell; Defendants Bank of America, N.A., Cardtronics, Inc., and FCTI, Inc.; the claims of Plaintiff Meagan Hicks against Bank of America, N.A.; nor the claims of any putative class member involving Defendant Cash Depot, Ltd. Therefore, only Defendant Cash Depot, Ltd., is to be dismissed as a party in this action as a result of this Joint Motion for Voluntary Dismissal.

Dated: July 29, 2021                    **CARLSON LYNCH LLP**

By:  /s/ Todd D. Carpenter
Todd D. Carpenter (CA Bar No. 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@carlsonlynch.com
Scott G. Braden (CA Bar No. 305051)
sbraden@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1900

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:  (202) 350-4783

*Attorneys for Plaintiffs
and Proposed Class Counsel*

Dated: July 29, 2021                    **WILLENKEN LLP**

By:  /s/ Eileen M. Ahern
Eileen M. Ahern (Bar No. 216822)
eahern@willenken.com
Paul J. Loh (Bar No. 160541)
ploh@willenken.com
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240

*Attorneys for Defendant
Cash Depot, Ltd.*

JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
19cv00264-JM-MSB

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document.

Dated: July 29, 2021

**CARLSON LYNCH LLP**

By:  */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
tcarpenter@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1900
Facsimile:   (619) 756-6991

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
19cv00264-JM-MSB