

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KRISTEN SCHERTZER, et al., on behalf of themselves and all others similarly situated

Plaintiffs,

v.

BANK OF AMERICA, N.A, et al.,

Defendants.

Case No.:  19cv264 JM(MSB)

**ORDER ON JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

On July 29, 2021, Plaintiff Meagan Hicks and Defendant Cash Depot, Ltd., filed a Joint Motion for Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Doc. No. 179.)  The motion requests that only Plaintiff Hicks' claims against Defendant Cash Depot Ltd., be dismissed with prejudice.

Rule 41(a)(1)(A)(ii) provides that a "stipulation of dismissal [is effective when] signed by all parties who have appeared."  Here, all four defendants have filed an answer and the only parties that have signed the joint motion are Plaintiff Hicks and Defendant Cash Depot, Ltd.  In other words, it is not enough that only the plaintiff and the defendant who are the subject of the dismissal have signed.

Nonetheless, the court will treat the joint motion as one made under Rule 41(a)(2). *See* Fed. R. Civ. P 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be

1

dismissed at the plaintiff's request only by court order, on terms that the court considers proper."). The Ninth Circuit has instructed that "a district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001).

Accordingly, the court **GRANTS** the request and **DISMISSES WITH PREJUDICE** the claims of Plaintiff Hicks against Defendant Cash Depot, Ltd., per Federal Rule of Civil Procedure 41(a)(2). The parties are to bear their own attorneys' fees and costs. Defendant Cash Depot, Ltd., is to be dismissed as a party to this action.

IT IS SO ORDERED.

Dated:  August 5, 2021

_____
Hon. Jeffrey T. Miller
United States District Judge

19cv264 JM(MSB)