COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

COOLEY LLP
DOUGLAS P. LOBEL (pro hac vice)
(dlobel@cooley.com)
DAVID VOGEL (pro hac vice)
(dvogel@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5656
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100

Attorneys for Defendant
CARDTRONICS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00264-JM-MSB<br><br>**DEFENDANT CARDTRONICS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          September 27, 2021<br>Time:          10:00 a.m.<br>Courtroom:  5D (5th Floor)<br>Judge:        Hon. Jeffrey T. Miller |

**CARDTRONICS' NOTION OF MOTION AND MOTION FOR SUMMARY JUDGMENT CASE NO. 3:19-CV-00264-JM-MSB**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 10:00 a.m. on September 27, 2021, in the Courtroom of the Honorable Jeffrey T. Miller, located at the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California, or as soon thereafter as this motion may be heard, Defendant Cardtronics, Inc. ("Cardtronics") will and hereby does, move for summary judgment on Plaintiff Kirsten Schertzer's claims against Cardtronics in the Third Amended Class Action Complaint ("TAC").

This motion is made pursuant to Federal Rule of Civil 56, on the following grounds:

1. Plaintiffs' First Cause of Action for restitution under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 ("UCL") fails as a matter of law because:

   a. Plaintiff seeks nonrestitutional disgorgement that is not available under the UCL.

   b. This Court does not have jurisdiction to hear Plaintiff's equitable claim because Plaintiff asserts a legal claim against co-defendant Bank of America, N.A.

2. Plaintiffs' Fifth Cause of Action for disgorgement under Unjust Enrichment fails as a matter of law because:

   a. Plaintiff seeks nonrestitutional disgorgement that is not available under a claim for unjust enrichment for a consumer transaction.

   b. This Court does not have jurisdiction to hear Plaintiff's equitable claim because Plaintiff asserts a legal claim against co-defendant Bank of America, N.A.

This motion is based on the Notice of Motion, the accompanying Memorandum of Points and Authorities, Statement of Material Facts Not in Genuine Dispute, Declaration of David McCrary, Declaration of Stuart Mackinnon, Declaration of Greg Donahue, Declaration of Douglas P. Lobel, exhibits to the Declarations, and all

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CARDTRONICS' NOTION OF MOTION AND
MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:19-CV-00264-JM-MSB

pleadings and documents on file in this case, and on such further written and oral argument as may be presented at or before the time the Court takes this motion under submission.

DATED:  August 23, 2021

COOLEY LLP

By: /s/Douglas P. Lobel
     Douglas P. Lobel

Attorneys for Defendant
CARDTRONICS, INC.
Email:  dlobel@cooley.com

253238143

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

CARDTRONICS' NOTION OF MOTION AND
MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:19-CV-00264-JM-MSB