**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:   (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00264-JM-MSB<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Judge:       Hon. Jeffrey T, Miller<br>Magistrate:   Hon. Michael S. Berg |

Plaintiff Kristen Schertzer ("Schertzer") and Defendant Cardtronics, Inc. ("Cardtronics") respectfully request that the Court dismiss with prejudice Schertzer's claims against Cardtronics within the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(2).  Each party will bear its own attorneys' fees and costs.

This Joint Motion for Voluntary Dismissal with Prejudice ("Joint Motion") does not affect the claims with respect to the other parties in this action, including those of

1

Plaintiffs Brittany Covell and Meagan Hicks against Defendants Bank of America, N.A., and FCTI, Inc. and those of Schertzer against Bank of America, N.A.  Because this Joint Motion relates only to Schertzer's claims against Cardtronics individually, the claims of any putative class member involving Cardtronics are also unaffected.  Therefore, only Cardtronics is to be dismissed as a party in this action as a result of this Joint Motion.

Dated: October 21, 2021            **LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1900
Facsimile:   (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:  (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

Dated: October 21, 2021            **COOLEY LLP**

By:  */s/ Douglas P. Lobel*
Douglas P. Lobel (*pro hac vice*)
dlobel@cooley.com
David Vogel (*pro hac vice*)
dvogel@cooley.com
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:  (703) 456-8000

*Attorneys for Defendant*
*Cardtronics. Inc.*

**CERTIFICATION REGARDING ELECTRONIC SIGNATURES**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document.

Dated: October 21, 2021

**LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1900
Facsimile:   (619) 756-6991

JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
19cv00264-JM-MSB