UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A, et al.,<br><br>Defendants. | Case No.:  19cv264 JM(MSB)<br><br>**ORDER ON JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

On July 29, 2021, Plaintiff Kristen Schertzer and Defendant Cardtronics, Inc., filed a Joint Motion for Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 204.)   The motion requests that only Plaintiff Schertzer's claims against Defendant Cardtronics, Inc., be dismissed with prejudice.

The Ninth Circuit has instructed that "a district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001); *see also* Fed. R. Civ. P 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.").

Accordingly, the court **GRANTS** the request and **DISMISSES WITH PREJUDICE** the claims of Plaintiff Schertzer against Defendant Cardtronics, Inc., per Federal Rule of Civil Procedure 41(a)(2).[1]  The parties are to bear their own attorneys' fees and costs.  Defendant Cardtronics, Inc., is to be dismissed as a party to this action.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
Hon. Jeffrey T. Miller
United States District Judge

---

[1] As a result, the Cardtronics pending Motion for Summary Judgment (Doc. No. 186), is **DENIED WITHOUT PREJUDICE** and **AS MOOT**.  Furthermore, the court grants the parties' request and deems the earlier filed Joint Motion for Voluntary Dismissal **WITHDRAWN** from the docket.  (Doc. Nos. 202, 203).

19cv264 JM(MSB)