**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:   (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00264-JM-MSB<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Magistrate:  Hon. Michael S. Berg |

Plaintiff Meagan Hicks ("Hicks") and Defendant Bank of America, N.A. ("BofA") respectfully request that the Court dismiss **WITH** prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), Hicks' claims against BofA within the above-captioned action.  The claims of the putative class she purported to represent are dismissed **WITHOUT** prejudice.  Each party will bear its own attorneys' fees and costs.

This Joint Motion for Voluntary Dismissal with Prejudice does not affect the claims of Plaintiffs Brittany Covell and Kristen Schertzer against BofA and those of Covell against Defendant FCTI, Inc.

Therefore, only Hicks is to be dismissed as a party in this action as a result of this Joint Motion.

Dated: November 8, 2021

**LYNCH CARPENTER, LLP**

By:  /s/ Todd D. Carpenter
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:    (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:  (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

Dated: November 8. 2021

**WINSTON & STRAWN LLP**

By:  /s/ Shawn R. Obi
Shawn R. Obi (SBN: 288088)
sobi@winston.com
Amanda L. Groves (SBN: 187216)
agroves@winston.com
333 S. Grand Avenue,
38th Floor Los Angeles, CA 90071-1543
Telephone    (213) 615-1700
Facsimile:    (213) 615-1750

*Attorneys for Defendant*
*Bank of America. N.A.*

JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
19cv00264-JM-MSB

**CERTIFICATION REGARDING ELECTRONIC SIGNATURES**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document.

Dated: November 8, 2021
                                                                **LYNCH CARPENTER, LLP**

                                                                By:  */s/ Todd D. Carpenter*
                                                                Todd D. Carpenter (CA Bar No. 234464)
                                                                todd@lcllp.com
                                                                1350 Columbia St., Ste. 603
                                                                San Diego, California 92101
                                                                Telephone:   (619) 762-1900
                                                                Facsimile:    (619) 756-6991

                                                                *Attorneys for Plaintiffs*
                                                                *and Proposed Class Counsel*