**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:   (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00264-JM-MSB<br><br>**RENEWED JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Judge:        Hon. Jeffrey T. Miller<br>Magistrate:   Hon. Michael S. Berg |

Pursuant to the Court's Order on Joint Motion for Voluntary Dismissal (Doc No. 214), Plaintiff Meagan Hicks ("Hicks") and Defendant Bank of America, N.A. ("BANA") respectfully renew the request that the Court dismiss Hicks' claims against BANA within the above-captioned action **WITH** prejudice and the claims of the putative class asserted against BANA solely with respect to fees arising from use of Cash

1

Depot, LTD ("Cash Depot") ATM machines **WITHOUT** prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). Each party will bear its own attorneys' fees and costs.

The only class asserted against BANA that is implicated by this request for joint dismissal are those related to fees arising from use of Cash Depot ATM machines. The classes asserted against BANA with respect to fees arising from use of Cardtronics and FCTI machines remain in the case and are unaffected by this request for joint dismissal of Hicks.

Plaintiffs' motion for class certification seek to certify classes only with respect to fees arising from use of Cardtronics and FCTI machines (Doc. No. 198-1 at 15.)

Accordingly, Plaintiffs Brittany Covell and Kristen Schertzer's respective individual claims and representative claims against BANA will remain.

Therefore, only Hicks is to be dismissed as a party in this action as a result of this Joint Motion.

Dated: November 17, 2021

**LYNCH CARPENTER, LLP**

By:  /s/ Todd D. Carpenter
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:   (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

RENEWED JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
19cv00264-JM-MSB

Dated: November 17, 2021                    **WINSTON & STRAWN LLP**

By: _/s/ Shawn R. Obi_
Shawn R. Obi (SBN: 288088)
sobi@winston.com
Amanda L. Groves (SBN: 187216)
agroves@winston.com
333 S. Grand Avenue,
38th Floor Los Angeles, CA 90071-1543
Telephone    (213) 615-1700
Facsimile:    (213) 615-1750

*Attorneys for Defendant*
*Bank of America. N.A.*

RENEWED JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
19cv00264-JM-MSB

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document.

Dated: November 17, 2021

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*

Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1900
Facsimile:   (619) 756-6991

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

RENEWED JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
19cv00264-JM-MSB