

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A, et al.,<br><br>Defendants. | Case No.:  19cv264 JM(MSB)<br><br>**ORDER ON RENEWED JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

On November 17, 2021, Plaintiff Meagan Hicks ("Hicks") and Defendant Bank of America, N.A. ("BANA"), filed a Renewed Joint Motion for Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2).  (Doc. No. 225.)  The motion requests that only Plaintiff Hicks' claims against Defendant BANA be dismissed with prejudice, while the claims she purported to bring on behalf of the putative class against BANA solely with respect to fees arising from use of Cash Depot, Ltd. ("Cash Depot") ATM machines be dismissed without prejudice.  The motion clarifies that "the only class asserted against BANA that is implicated are those related to fees arising from use of Cash Depot, ATM machines.  The classes asserted against BANA with respect to fees arising from use of Cardtronics and FCTI machines remain in the case and are unaffected by this request for joint dismissal of Hicks." (*Id.* at 2.)

The Ninth Circuit has instructed that "a district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001); *see also* Fed. R. Civ. P 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.").

Accordingly, the court **GRANTS** the request and **DISMISSES WITH PREJUDICE** the claims of Plaintiff Hicks against Defendant BANA, per Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 225.) Additionally, the court **DISMISSES WITHOUT PREJUDICE** the claims of the putative class asserted against BANA solely with respect to fees arising from use of Cash Depot ATM machines, per Federal Rule of Civil Procedure 41(a)(2). The parties are to bear their own attorneys' fees and costs. Plaintiff Hicks is to be dismissed as a party to this action.

IT IS SO ORDERED.

Dated: November 18, 2021

Hon. Jeffrey T. Miller
United States District Judge

2

19cv264 JM(MSB)