Amanda L. Groves (SBN: 187216)
agroves@winston.com
Shawn R. Obi (SBN: 288088)
sobi@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213)615-1700
Facsimile: (213)615-1750
sobi@winston.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD., N.A., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  3:19-cv-00264-JM-MSB<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  January 3, 2022<br>Hearing Time:  10:00 a.m.<br>Courtroom:  5D (5th Floor)<br>Judge:  Hon.  Jeffrey T. Miller |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that at 10:00 a.m. on January 3, 2022, in the Courtroom of the Honorable Jeffrey T. Miller, located at the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California, or as soon thereafter as this motion may be heard, Defendant Bank of America, N.A. ("BANA") will and hereby does, move for summary judgment on: i) Plaintiff Kristen Schertzer's claims against BANA in the Third Amended Class Action Complaint ("TAC") and ii) Plaintiff Brittany Covell's claims against BANA in the TAC.

This motion is made pursuant to Federal Rule of Civil Procedure 56, on the following grounds:

1.    Plaintiffs' Fourth Cause of Action for Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing fails as a matter of law and undisputed fact because:

a.    There is no ambiguity in the contract; the term "balance inquiry" is unambiguous in that it encompasses all balance inquiries, not just those inquiries "consented to" or "knowingly" performed.

b.    To the extent the contract is ambiguous, the extrinsic evidence demonstrates that it must be construed in BANA's favor.

c.    BANA did not violate the implied covenant of good faith and fair dealing; its assessment of the out-of-network fees is allowed under the express terms of the contract.  Nor did it act in subjective bad faith or in an objectively unreasonable manner.

d.    Plaintiffs' claims all fail because they did not follow the pre-dispute procedures required under the contract.

This motion is based on the Notice of Motion, the accompanying Memorandum of Points and Authorities and Separate Statement of Undisputed Material Facts, Declaration of Preston Taylor, Declaration of Ronald Schnittman, Declaration of Shawn R. Obi, Declaration of Rodman K. Reef, exhibits to the Declarations, and all pleadings and documents on file in this case, and on such further written and oral argument as

DEFENDANT BANK OF AMERICA, N.A.'s NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT

may be presented at or before the time the Court takes this motion under submission.

Dated:  November 29, 2021                    **WINSTON & STRAWN LLP**

By:  _/s/ Amanda L. Groves_
Amanda L. Groves (SBN: 187216)
agroves@winston.com
Shawn R. Obi (SBN: 288088)
sobi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213)615-1700
Facsimile: (213)615-1750

Attorneys for Defendant
BANK OF AMERICA, N.A.

**DEFENDANT BANK OF AMERICA, N.A.'s NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**