1  RICHARD SPIRRA (SBN: 106361)
2  rspirra@grsm.com
   GORDON REES SCULLY MANSUKHANI
3  101 W. Broadway Suite 2000
4  San Diego, CA 92101
   Telephone:  (619) 230-7776
5  Facsimile:  (619) 696-7124

6  Attorneys for Defendant
7  FCTI, INC.

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

10  KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,

                   Plaintiff,

    vs.

    BANK OF AMERICA, N.A., CARDTRONICS, INC., ATM NATIONAL, LLC, FCTI, INC., CASH DEPOT, INC., and DOES 1-50, inclusive,

                   Defendants.

CASE NO.  3:19-cv-00264-JM-MSB

**DEFENDANT FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CLAIMS AGAINST FCTI DUE TO LACK OF SUBJECT MATTER JURISDICTION**

**(FRCP RULE 12 (B) (1))**

Hearing Date: August 8, 2022
Hearing Time: 10:00 a.m.
Courtroom:    15 B
Judge:        Hon. Jeffrey T. Miller

Action Filed: February 5, 2019
FAC Filed: March 1, 2019
SAC Filed: May 31, 2019
TAC Filed: March 25, 2020

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 8, 2022 at 10:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 15B, 221 West Broadway, San Diego, CA 92101, defendant FCTI, Inc. ("FCTI") will and hereby does move this Court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss all of the claims asserted against FCTI in the Third Amended Complaint in

1

this action. This motion is brought pursuant to Fed. R. Civ. Pro. 12(b)(1) on the ground that the Court lacks subject-matter jurisdiction over the claims against FCTI.

This motion is based on this notice, the attached memorandum of points and authorities, and upon all papers and documents on file in the Court's files concerning this action, as well as any oral argument that may be presented at the time of hearing.

Respectfully submitted,

Dated: June 29, 2022

GORDON REES SCULLY MANSUKHANI

By: _____
Richard Spirra
Attorney for Defendant
FCTI, INC.

2

DEF FCTI, INC.'S NTC OF MTN AND MTN TO DISMISS THE CLAIMS AGAINST FCTI DUE TO LACK OF SUBJECT MATTER JURISDICTION     Case No. 3:19-cv-00264

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, 101 W. Broadway, Suite 2000, San Diego, CA 92101. On June 29, 2022, I served the foregoing document entitled **DEFENDANT FCTI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CLAIMS AGAINST FCTI DUE TO LACK OF SUBJECT MATTER JURISDICTION** as follows:

☒ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

**Attorneys for Plaintiffs and Proposed Class Counsel**

Todd D. Carpenter
(Eddie) Jae K. Kim
LYNCH CARPENTER LLP
1350 Columbia St, Unit 603,
San Diego, CA 92101-3456
Phone: 619-762-1900 |
Fax: 619-756-6991
Todd@lcllp.com
ekim@lcllp.com

**Attorneys for Plaintiffs and Proposed Class Counsel**

Jeffrey D. Kaliel
Sophia Gold
KALIEL PLLC
1875 Connecticut Avenue, NW, 10th Floor
Washington, D.C. 20009
Tel: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

**Attorneys for Defendant BANK OF AMERICA, N.A.**

Amanda L. Groves
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
agroves@winston.com

**Attorneys for Defendant BANK OF AMERICA, N.A.**

Shawn R. Obi
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1819
Fax: (213) 615-1750
sobi@winston.com

/ / /

3

DEF FCTI, INC.'S NTC OF MTN AND MTN TO DISMISS THE CLAIMS AGAINST FCTI DUE TO LACK OF SUBJECT MATTER JURISDICTION        Case No. 3:19-cv-00264

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 29, 2022 at San Diego, California.

_____
Lia Blanco

Gordon Rees Scully Mansukhani
101 W. Broadway Suite 2000
San Diego, CA 92101

1190708/68686925v.1

4

DEF FCTI, INC.'S NTC OF MTN AND MTN TO DISMISS THE CLAIMS AGAINST FCTI DUE TO LACK OF SUBJECT MATTER JURISDICTION         Case No. 3:19-cv-00264