UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, et al., on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A, et al.,<br><br>Defendants. | Case No.:  19cv264 JM(MSB)<br><br>**ORDER ON JOINT MOTION TO CONTINUE CONFERENCE DATES** |

The parties' Joint Motion to Continue Conference Dates is **GRANTED** (Doc. No. 286), on the understanding that it is being given "to provide the parties sufficient time to engage in settlement discussions to resolve this matter." (*Id.* at 2.)

Accordingly, the court orders as follows:

1.  The Mandatory Settlement Conference before Magistrate Judge Berg currently scheduled for August 10, 2022, is **RESET** to *September 1, 2022, at 9:30 a.m.* The parties are ordered to submit confidential settlement statements by noon on August 31, 2022.

2. The Pretrial Conference in this matter is **SET** for *September 12, 2022, at 8:30 a.m.*, in Courtroom 15B (Carter-Keep Courthouse).

///

///

1

19cv264 JM(MSB)

3. The Trial Date is **SET** for *October 11, 2022, at 9:00 a.m.*, in Courtroom 15B.

IT IS SO ORDERED.

Dated: August 8, 2022

_____
Hon. Jeffrey T. Miller
United States District Judge