**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:   (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, BRITTANY COVELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00264-JM-MSB<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Judge:       Hon. Jeffrey T, Miller<br>Magistrate:  Hon. Michael S. Berg |

1

Plaintiff Brittany Covell ("Plaintiff") and Defendant FCTI, Inc. ("Defendant") respectfully request that the Court dismiss with prejudice Plaintiff's claims against Defendant within the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(2).  Each party will bear its own attorneys' fees and costs. All claims against all parties have been resolved.

Dated: October 14, 2022

**LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
Telephone:   (202) 350-4783

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

Dated: October 14, 2022

**GORDON REESE SCULLY MANSUKHANI**

By:  */s/ Richard Spirra*
Richard Spirra (CA Bar No. 106361)
rspirra@grsm.com
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:   (619) 230-7776

*Attorneys for Defendant*
*FCTI, Inc.*

2
JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
19cv00264-JM-MSB

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document.

Dated: October 14, 2022

**LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991