

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, et al., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A, et al.,<br><br>Defendants. | Case No.:  19cv264 JM(MSB)<br><br>**ORDER ON JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

On October 14, 2021, Plaintiff Brittany Covell and Defendant FCTI, Inc., filed a Joint Motion for Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 291.)  The motion requests that only Plaintiff Covell's claims against Defendant FCTI, Inc., be dismissed with prejudice.

The Ninth Circuit has instructed that "a district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001); *see also* Fed. R. Civ. P 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.").

Accordingly, the court **GRANTS** the request and **DISMISSES WITH PREJUDICE** the claims of Plaintiff Covell against Defendant FCTI, Inc., per Federal Rule of Civil Procedure 41(a)(2).  The parties are to bear their own attorneys' fees and costs.  Defendant FCTI, Inc., is to be dismissed as a party to this action.

Now that all claims against all parties have been resolved, the Clerk of Court shall **CLOSE** this case.

IT IS SO ORDERED.

Dated:  October 17, 2022

_____
Hon. Jeffrey T. Miller
United States District Judge

2

19cv264 JM(MSB)