Amanda L. Groves (SBN: 187216)
agroves@winston.com
Shawn R. Obi (SBN: 288088)
sobi@winston.com
Daniel M. Aronsohn (SBN: 338637)
daronsohn@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, MEAGAN HICKS, and BRITTANY COVELL, on behalf of themselves and all others similarly situated, | Case No. 3:19-cv-00264-DMS-MSB |
| Plaintiffs, | |
| v. | **DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF MOTION TO STAY PENDING THE SUPREME COURT'S DECISION IN *LABCORP*** |
| BANK OF AMERICA, N.A., CARDTRONICS, INC., FCTI, INC., CASH DEPOT, LTD., N.A., and DOES 1–50, inclusive, | |
| Defendants. | Courtroom: 13A<br>Judge: Hon. Dana M. Sabraw<br>Hearing: April 25, 2025<br>Time: 1:30 p.m. |

DEFENDANT BANK OF AMERICA'S NOTICE OF MOTION TO STAY
CASE NO. 3:19-cv-00264-DMS-MSB

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on April 25, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, at James M. Carter and Judith N. Keep United States Courthouse, Courtroom 13A, 333 West Broadway, San Diego, CA 92101, Defendant Bank of America, N.A. will and hereby does move the Court to stay this action pending the Supreme Court's decision in *Laboratory Corporation of America Holdings v. Davis* ("*Labcorp*"), No. 24-304.  Bank of America requests, in the alternative, that the Court reopen discovery on a limited basis so that the Bank can develop a greater understanding of facts underlying the Court's class certification order (ECF No. 317), including (i) the *Weiss* settlement and (ii) Plaintiff's agreement with FCTI.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the record in this action, and any evidence and argument that may be presented at or before the hearing, if any.

Dated: March 27, 2025                    **WINSTON & STRAWN LLP**


By: */s/ Shawn Obi*
    Amanda L. Groves
    agroves@winston.com
    Shawn R. Obi
    sobi@winston.com
    Daniel M. Aronsohn
    daronsohn@winston.com
    333 S. Grand Avenue
    Los Angeles, CA 90071
    Tel.: (213) 615-1700
    Fax: (213) 615-1750

    Attorneys for Defendant
    BANK OF AMERICA, N.A